CHAMBERS COPY

1  Melvin Reid
   1665 Golden Gate Ave.
2  Apt. 2
   San Francisco, CA 94115
3  Plaintiff In Pro Per

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10 MELVIN REID,                    )    Case No.: 08-5249 PJH
                                   )
11            Plaintiff,           )    STIPULATION EXTENDING TIME FOR
                                   )    FILING MOTION FOR SUMMARY
12 vs.                             )    JUDGMENT OR REMAND
                                   )
13 MICHAEL J. ASTRUE, Commissioner of )
              Social Security,     )
14                                 )
                                   )
15            Defendant.           )
                                   )
16

17

18        The parties hereto, by and through their undersigned attorneys hereby stipulate

19 that Plaintiff, Melvin Reid, shall have an additional ninety days, through July 8, 2009, in which

20 to file and serve a motion for summary judgment or remand in this action. This extension is

21 necessary to permit Plaintiff to find an attorney to represent him in this matter.

22 Dated: 3-23-2009              By: /s/ Melvin Reid
                                 Plaintiff in Pro Per
23

24 Dated: 3/24/09                By: /s/
                                 United States Attorney
25

26
                                         1
27 STIPULATION EXTENDING TIME; CASE NO. 08-5249 PJH

28

1. SO ORDERED

2. Dated: 3/26/09



IT IS SO ORDERED

Judge Phyllis J. Hamilton

27. STIPULATION EXTENDING TIME; CASE NO. 08-5249 PJH

2