UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELVIN REID,

    Plaintiff,                                        No. C 08-5249 PJH

                                             **ORDER TO SHOW CAUSE**

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____/

       This appeal from a decision by the Commissioner of Social Security was filed on November 19, 2008. Plaintiff filed his motion for summary judgment on July 8, 2009. According to Civil Local Rule 16-5, defendant was required to file his opposition to plaintiff's motion for summary judgment by August 7, 2009. Defendant failed to do so. The court further notes that this appears to be a recurring problem, and the court has recently been required to issue similar orders to show cause based on defendant's failure to comply with its orders and the local rules, including in case nos. 07-5504 PJH 08-0188 PJH, and 08-0729 PJH .

       Defendant is hereby ordered to show cause regarding why he failed to file and serve his motion within **ten days** of the date of this order.

       **IT IS SO ORDERED.**

Dated: August 21, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge